In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

**NO. 09-21-00402-CR**
_____

**LARRY GORDON HANNAH JR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 75th District Court**
**Liberty County, Texas**
**Trial Cause No. CR34248**

**MEMORANDUM OPINION**

Larry Gordon Hannah Jr. filed a motion to dismiss his appeal. *See* Tex. R.

App. P. 42.2. The appellant and his attorney signed the motion. *See id*. We grant the

motion and dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on March 1, 2022
Opinion Delivered March 2, 2022
Do Not Publish

Before Golemon, C.J., Kreger and Johnson, JJ.